**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------x  Civil Action No.: CV-05-287 (NGG)(WDW)

UNITED STATES OF AMERICA,            §
                                     §
                    Plaintiff,       §
        - against-                   §
                                     §
NICOLE I. KNIGHT,                    §
                                     §
                    Defendant.       §
------------------------------------------------------------x

## DEFAULT JUDGMENT

Because Nicole I. Knight failed to appear to defend this action after having been served with process, it is ordered that a default be entered.

It is adjudged that the United States of America recover from Nicole I. Knight:

      **Claim No. C99-04904W**

| | |
|---|---|
| Principal Balance: | $2,838.44 |
| Total Interest Accrued at 8.250%: | $1,766.64 |
| Filing and Service of Process: | $150.00 |
| Subtotal: | $4,755.08 |
| Attorney's Fees: | $ |
| Total Owed: | $ 4,755.08 |

Post-judgment interest shall be calculated, pursuant to 28 U.S.C. §1961.

Signed: Brooklyn, New York
       , 2005

                                       Nicholas G. Garaufis
                                       United States District Judge